IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          CASE NO. 1:08-cv-00073-MP-AK

1965 MOONEY AIRPLANE M20C,

    Defendant.

_____/

### **O R D E R**

This matter is before the Court on Doc. 6, Motion to Stay by United States of America. The United States moves to stay this forfeiture proceeding, as the defendant property is currently the subject of a criminal case. Therefore, it is hereby

**ORDERED AND ADJUDGED:**

1.     Doc. 6, Motion to Stay, is GRANTED. Forfeiture proceedings against defendant property shall be stayed until the companion criminal case is resolved.

2.     The United States is directed to notify the Court when the companion criminal case is resolved.

**DONE AND ORDERED** this   *28th* day of August, 2009

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge